**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MAKAYLA BENSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:25-CV-133-JMD |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| INTOWN SUITES MANAGEMENT, | ) | |
| LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL**

The parties, through undersigned counsel, hereby dismiss this action with prejudice

with each side to bear their own fees and costs.

Dated: August 11, 2026                                Respectfully submitted by


*/s/ Andrew H. Marty*                                */s/ Regan Hildebrand*
Andrew H. Marty, 37158(MO)                    Jason K. Winslow #60710MO
Evan M. Bettag, 60932(MO)                       Thomas Felman #75544MO
Attorneys for Plaintiff                              Regan Hildebrand # 57438MO
Marty & Bettag, LLC                                Gordon Rees Scully Mansukhani LLP
14 Richmond Center Court                         211 North Broadway, Suite 2150
St. Peters, MO 63376                                St. Louis, MO 63102
Telephone: (636) 486-4861                        Telephone: (314) 309-8898
Fax: (636) 922-0994                                 Fax: (314) 338-3076
andy@trialstl.com                                   rchildebrand@grsm.com
evan@trialstl.com                                   jwinslow@grsm.com
                                                        tfelman@grsm.com

*Attorneys for Plaintiff*

                                                        *Attorneys for Defendants InTown Suites*
                                                        *Management, Inc.; InTown Properties VI,*
                                                        *LLC; InTown Lessee Services, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I served the foregoing document to all attorneys of record via the Court's

CM/ECF electronic notification system on August 11, 2026 to the following:

Andrew H. Marty, 37158(MO)
Evan M. Bettag, 60932(MO)
Marty & Bettag, LLC
14 Richmond Center Court
St. Peters, MO 63376
Telephone: (636) 486-4861
Fax: (636) 922-0994
andy@trialstl.com
evan@trialstl.com

*Attorneys for Plaintiff*


I further certify that service was made on the following non-register ECF counsel of

record by placing copies of the foregoing in envelopes properly addressed to them and with

sufficient first-class postage pre-paid:

NONE

/s/ *Regan Hildebrand*

2